# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1896

_____

Harold Glenn,                                    *
                                                 *
            Appellant,                           *
                                                 *    Appeal from the United States
      v.                                         *    District Court for the Eastern
                                                 *    District of Arkansas.
Michael Bachand, Individually                    *
and in his official capacity as                  *
Chief of Police for the City of Wynne,           *
Arkansas; Paul Nichols, Individually             *
and in his official capacity as Mayor            *
of the City of Wynne, Arkansas;                  *
Ervin Dobbins, Individually and                  *
in his official capacity as Alderman             *
for the City of Wynne, Arkansas;                 *
Charles Hambrick, Individually                   *
and in his official capacity as                  *
Alderman for the City of Wynne,                  *
Arkansas; Monroe Futurall,                       *    [UNPUBLISHED]
Individually and in his official                 *
capacity as Alderman for the City                *
of Wynne, Arkansas; Glen Hirons,                 *
Individually and in his official                 *
capacity as Alderman for the City                *
of Wynne, Arkansas; City of Wynne,               *
                                                 *
            Appellees.                           *

_____

Submitted: May 2, 2008
Filed: May 15, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

In this action pursuant to 42 U.S.C. § 1983, Harold Glenn, a former City of Wynne, Arkansas police officer, appeals the district court's[1] adverse grant of summary judgment on his claims against the City and City officials. After reviewing the record de novo and considering Glenn's arguments on appeal, we find no basis for reversing the district court's summary judgment decision. We also conclude that we lack jurisdiction to review the court's order dismissing Glenn's claims against Arkansas Special Agent Dale Arnold. See Fed. R. App. P. 3(c)(1)(B); Berdella v. Delo, 972 F.2d 204, 207-08 (8th Cir. 1992) (appeal of one order does not inherently imply desire to appeal another). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.